## S01A1719. LUCIOUS v. THE STATE.
(556 SE2d 130)

HUNSTEIN, Justice.

On February 15, 2000 John Lucious entered a plea of guilty to malice murder and other charges specified in the indictment. He was sentenced to life without parole for the murder, a five-year consecutive sentence for possession of a firearm, and a concurrent 12-month sentence for a violation of the Georgia Controlled Substances Act. On February 15, 2001 he filed a motion to withdraw the guilty plea. His motion, however, is untimely because it was filed after the term of court in which it was entered. *Green v. State,* 274 Ga. 310 (554 SE2d 137) (2001); *Gipson v. State,* 269 Ga. 26 (494 SE2d 669) (1998). See OCGA § 15-6-3 (10). Since Lucious's remedy for challenging his guilty plea is through the writ of habeas corpus, the trial court did not err by denying his motion. Therefore, we affirm.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 30, 2001.

John L. Lucious, *pro se.*
*Robert E. Keller, District Attorney, Thurbert E. Baker, Attorney General, Ruth M. Bebko, Assistant Attorney General,* for appellee.